UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE OBASEKI, et al.,
    Plaintiffs,

v.                                                                           Case No. 1:23-cv-437

63RD DISTRICT COURT,                                  HONORABLE PAUL L. MALONEY
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiffs initiate this lawsuit by filing their complaint on April 28, 2023. On June 8, 2023, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed for lack of federal subject matter jurisdiction. The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: June 30, 2023                                        /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge