UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE OBASEKI, et al.,

    Plaintiffs,

                                                      Case No. 1:23-cv-437

v.

                                                      HONORABLE PAUL L. MALONEY

63RD DISTRICT COURT,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated: June 30, 2023                                       /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                                United States District Judge